No. 85–1428. NATIVE VILLAGE OF STEVENS *v.* SMITH, COMMISSIONER OF HEALTH AND HUMAN SERVICES OF ALASKA,

1122

ET AL. C. A. 9th Cir. Certiorari denied.